March 21st. 1904.

————o————

## No. 3422.

(Court of Appeal, Parish of Orleans.)

### ADRIEN GONSOULIN vs. BODENHEIMER & BRO.

On Motion to Dismiss.

1.   When a transcript cannot be completed in time for the next return day, the judge *a quo* has the right to fix a return day, and the appellant is legally bound to file his appeal on the day so fixed.

2.   Failure to do so amounts to an abandonment of the appeal and a motion to dismiss such appeal may be made at any time.

Appeal from Civil District Court, Division E.

Chas. Rosen, plaintiff and appellee.

Clegg & Quintero, defendant and appellant.

DUFOUR, J.   Appellee's motion to dismiss on the ground

that the appeal was not seasonably lodged here is met with the rejoinder that the lower judge erred in fixing the return day and that the motion to dismiss came too late.

The motion of appeal was made on January 22, 1904, three days before our last return day for that month, and the appeal by order of the district judge was made returnable for the first Monday in February for want of time to complete the transcript before the next legal return day. The transcript was filed here on February 11.

The Judge committed no error; he had the right, if the record could not be completed for the next return day, to fix a day which need not be a regular return day of this Court. Act 45, of 1870-49 An. 968-39 An. 413.

The appellant should have filed his appeal here on the day fixed in the order. Failure to do so amounts to an abandonment of the appeal, and a motion to dismiss on that ground may be made at any time. 47 An. 1534.

Appeal dismissed.